

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

In Re: APPLICATION FOR  :  3:19mJ 1390 DFM
                       :  ss. Hartford, Connecticut
SEARCH WARRANT         :
                       :

**AFFIDAVIT**

I, Thomas J. Ardito, being duly sworn, depose and state as follows:

INTRODUCTION

1.  I am a United States Postal Inspector assigned to the Wallingford, Connecticut Domicile of the United States Postal Inspection Service. I have been so employed since January 2003. I am currently assigned to the Connecticut and Western Massachusetts Major Crimes Team. As a United States Postal Inspector assigned to the Major Crimes Team, my duties and responsibilities include, but are not limited to the investigation of the illegal shipment of narcotics and narcotics proceeds, as well as the laundering of drug proceeds via the United States Postal Service (USPS). I have received training in the areas of search and seizure, narcotics investigations and criminal law.

2.  I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 3061, and am empowered by law to conduct investigations and make arrests for offenses enumerated in 21 U.S.C. § 841(a) (1), § 844 and other federal offenses.

3.  The information set forth in this affidavit is based on an investigation I and other law enforcement agents are conducting. This affidavit does not contain every fact known to me with respect to this investigation. Rather, it contains those facts I believe to be necessary to establish probable cause for issuance of this search warrant.

4. Based on my training and experience, I know that individuals shipping controlled substances via the United States Mail use Priority Mail Express and Priority Mail almost exclusively and often use fictitious names and/or fictitious return addresses to prevent them from being identified and apprehended by law enforcement.

5. Based on my training and experience, I know that narcotics traffickers send their illegal narcotics through the mail from source states, such as California, Colorado, Arizona, Texas, and the U.S. Territory of Puerto Rico. Also, based on my training and experience, I know individuals who receive narcotics parcels via the U.S. Mail often make return payments for those narcotics through the mail. The return payments are mailed to source states in the form of bulk U.S. currency and money orders, to include U.S. Postal Service money orders.

## DESCRIPTION OF THE SUBJECT PARCEL

6. Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that Priority Mail 3-Day Parcel displaying USPS tracking number 9505 5110 9897 9256 3470 18, on a Priority Mail address label, addressed to Angel Maisonet, 156 Maple St, East Hartford, CT 06118 and bearing a return address of Carmen Torres, Condado Moderno, Calle 8 J-29, Cagnas, PR 00725 (the "**Subject Parcel**"), contains controlled substances.

## PROBABLE CAUSE

7. On or about September 13, 2019, the **Subject Parcel** was identified as a parcel possibly containing a controlled substance. The **Subject Parcel** measures approximately 12" x 6" x 12," weighs approximately 7 lb. 1.8 ounces, and bears $19.95 U.S. Postage Paid.

8. A review of USPS database records indicates that the delivery address on the **Subject Parcel**, 156 Maple St, East Hartford, CT 06118 is an actual address. A review of commercially available databases drawn on consumer transaction history, which have proven reliable in previous investigations, demonstrated no existing residential connection between an individual named Angel Maisonet and the 156 Maple St, East Hartford, CT address. An inquiry of USPS records returned similar results. Further review of USPS records demonstrated that the return address on the **Subject Parcel**, Condado Moderno, Calle 8 J-29, Cagnas, PR 00725, is an actual address. A review of the commercially available databases cited above similarly produced no results for a Carmen Torres associated with the purported return address. An examination of USPS records produced similar results.

9. On September 16, 2019, the **Subject Parcel** was examined by a trained narcotics detection dog. The **Subject Parcel** was placed among four other similar sized parcels. Upon examination of the parcels, the canine alerted to the **Subject Parcel**. The parcels, including the **Subject Parcel**, were rearranged two additional times, in different positions on the floor, and the handler and canine were called in again each time. The canine alerted to the **Subject Parcel** each additional time.

10. The canine is a three year-old male yellow Labrador Retriever named Conner. Conner is assigned to Detective Zach Kashmanian of the Hartford Police Department. Conner was first certified in July 2016 and was recertified in November 2018. Conner is certified in the detection of marijuana, hashish, cocaine, crack cocaine, heroin, MDMA, methamphetamine, and anabolic steroids. Conner receives quarterly in-service training sessions in the detection of narcotics. Detective Kashmanian and Conner also train daily on all of the odors that Conner is trained to detect.

11. Based on the above, there is probable cause to believe, and I do believe, that located within the **Subject Parcel** is evidence of a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 844(a). The **Subject Parcel** is presently in the custody of the U.S. Postal Inspection Service located at 141 Weston Street, Hartford, Connecticut 06101.

## CONCLUSION

12. WHEREFORE, I respectfully request that a search warrant be issued to search the **Subject Parcel** for evidence of illegal narcotics, and for any and all documents or other materials containing evidence of the participants in, and methods and plans of conducting, the suspected narcotics trafficking.

THOMAS J. ARDITO
UNITED STATES POSTAL INSPECTOR

Subscribed and sworn to before me this 17th day of September 2019.

/s/ DFM

HONORABLE DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE